IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ISRAEL RAY COOPER, | ) | |
| | ) | Civil Action No. 7:22cv00737 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| C/O BARR, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) |          United States District Judge |
| Defendants. | ) | |

_____

Plaintiff Israel Ray Cooper, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. On October 26 and November 21, 2023, the defendants filed motions to dismiss, and on October 27 and December 1, 2023, the court issued notices pursuant to *Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 2005). (*See* ECF Nos. 44, 48, 50 & 51.) The *Roseboro* notices advised Cooper that she had 21 days to file a response to the motions to dismiss, and informed her that, if she did not respond to the defendants' motions, the court would "assume that [she] has lost interest in the case, and/or that [she] agrees with what the Defendant[s] state[] in their responsive pleading(s)." (*See* ECF Nos. 48 & 51.) The notices further advised Cooper that, if she wished to continue with the case, it was "necessary that [she] respond in an appropriate fashion," and that if she failed to file a response to the motions within the time allotted, the court "may dismiss the case for failure to prosecute." (*Id.*)

To date, Cooper has not responded to the defendants' motions and, therefore, the court will dismiss this action without prejudice for failure to prosecute.[1]

___

[1] Cooper also named "Unknown Officers" and "Unknown Officials" as defendants. (*See* ECF No. 33.) By order entered September 28, 2023, the court directed Cooper to provide additional information to aid in the

The Clerk shall send copies of this Memorandum Opinion and the accompanying Order to the parties.

**ENTERED** this 2nd day of February, 2024.

/s/ *Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE

---

identification of the defendants. (ECF No. 42.) The court warned that failure to timely provide the information would result in dismissal of those defendants from the action without prejudice. Cooper did not respond to the court's order and, therefore, these defendants are also dismissed from the action.